## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

ROSA RODRIQUEZ-MONGUIO,

    Plaintiff,

V.

THE OHIO STATE UNIVERSITY,

    Defendant.

CASE NO. C2-08-0139
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

2-14-2008
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE